FILED

APR 2 9 2026

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>WILIANG AWANG (1),<br>  aka "Wiliang Ng,"<br>  aka "Wiliang Huang,"<br>  aka "Huang Wiliang,"<br>  aka "Wiliang Wiliang,"<br>  aka "Lincon,"<br>  aka "Lincoln,"<br>ANDREAS CHANDRA (2),<br>  aka "Andreas Chandra Kho,"<br>  aka "Jay,"<br><br>Defendants. | Case No. 26MJ2335-AHG<br><br>ORDER TO PARTIALLY UNSEAL COMPLAINT |

The United States has moved to unseal the complaint and statement of facts as to Defendants Wiliang Awang, aka "Wiliang Ng," aka "Wiliang Huang," aka "Huang Wiliang," aka "Wiliang Wiliang," aka "Lincon," aka "Lincoln," and Andreas Chandra, aka "Andreas Chandra Kho," aka "Jay." Based on the government's motion, and good cause appearing,

IT IS HEREBY ORDERED that the complaint and statement of facts in the above-captioned case shall be unsealed as to Wiliang Awang and Andreas Chandra only, while the identity of their co-defendant shall remain sealed and redacted. The Clerk of the Court is directed to file the attached redacted complaint and statement of facts.

IT IS SO ORDERED.

Dated: April 24, 2026

_Allison H. Goddard_

HONORABLE ALLISON H. GODDARD
United States Magistrate Judge

1