ORDERED UNSEALED on **04/29/2026   s/**
~~SEALED~~

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>        v.<br><br>WILIANG AWANG (1),<br>  aka "Wiliang Ng,"<br>  aka "Wiliang Huang"<br>  aka "Huang Wiliang,"<br>  aka "Wiliang Wiliang,"<br>  aka "Lincon,"<br>  aka "Lincoln,"<br>ANDREAS CHANDRA (2),<br>  aka "Andreas Chandra Kho,"<br>  aka "Jay,"<br>  ████ (3),<br>████████████████<br><br>     Defendants. | Case No.:   26mj2335<br><br>COMPLAINT FOR VIOLATION OF:<br><br>18 U.S.C. § 1349 – Conspiracy to Commit Wire Fraud; Title 18, U.S.C., Secs. 981(a)(1)(C) and Title 28, U.S.C., Sec. 2461(c) – Criminal Forfeiture<br><br>**[FILED UNDER SEAL]** |

The undersigned complainant, being duly sworn, states:

At all times relevant to this Complaint:

### INTRODUCTION

1.   A cryptocurrency investment fraud scheme ("CIF" scheme) was a sophisticated scheme in which co-conspirators contacted victims through

dating applications, social media, telephone, text messages, other messaging applications, email, and other means to gain the victims' trust and affection. The co-conspirators then promoted cryptocurrency investment opportunities to victims and touted possible returns on investments, including by touting the co-conspirators' own purported successes in the field. The co-conspirators purported to assist victims in opening cryptocurrency accounts and investing in cryptocurrency on various exchanges, and then instructed and purported to assist victims in transferring the victims' investments to other, fake investment platforms controlled by the co-conspirators that were designed to resemble and function like legitimate platforms. The co-conspirators pressured victims to invest more over time, including by obtaining money to invest from others. The co-conspirators purported to show returns victims were gaining and could gain from further investments, and they imposed fake "taxes" on investments to obtain additional funds from victims. The co-conspirators took victims' investments by transferring the funds and cryptocurrency to cryptocurrency wallets and accounts controlled by the co-conspirators. The co-conspirators also locked victims out of their fake investment accounts and ceased communications once they stole victims' funds.

2. CIF schemes targeted individuals residing in the United States, including the Southern District of California, and elsewhere.

3. Defendant WILIANG AWANG, aka "Wiliang Ng," aka "Wiliang Huang," aka "Huang Wiliang," aka "Wiliang Wiliang," aka "Lincon," aka "Lincoln," was a citizen of Indonesia who resided in the United Arab Emirates and Indonesia. AWANG worked in CIF scheme compounds and organizations based in and around Dubai, United Arab Emirates.

4.    Defendant ANDREAS CHANDRA, aka "Andreas Chandra Kho," aka "Jay," was a citizen of Indonesia who resided in the United Arab Emirates and Indonesia. AWANG worked in CIF scheme compounds and organizations based in and around Dubai, United Arab Emirates.

5.    Defendant ████████████████████ was a citizen of Indonesia who resided in the United Arab Emirates and Indonesia. AWANG worked in CIF scheme compounds and organizations based in and around Dubai, United Arab Emirates.

## COUNT 1

### Conspiracy to Commit Wire Fraud

### [18 U.S.C. §§ 1349 and 1343]

6.    Paragraphs 1 through 5 are re-alleged and incorporated herein.

### THE CONSPIRACY

7.    Beginning on a date unknown, but at least since 2022, and continuing up to and including April 20, 2026, within the Southern District of California and elsewhere, defendants WILIANG AWANG, aka "Wiliang Ng," aka "Wiliang Huang," aka "Huang Wiliang," aka "Wiliang Wiliang," aka "Lincon," aka "Lincoln," ANDREAS CHANDRA, aka "Andreas Chandra Kho," aka "Jay," and ████████████████████ at least one of whom will first enter the United States in the Southern District of California, knowingly and intentionally conspired with others known and unknown to commit the following offense: wire fraud, that is, to knowingly devise a material scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, and intentional concealment and omission of material facts, and used and caused to be used foreign and interstate wire communications

Case 3:26-mj-02335-AHG *SEALED*   Document 1 *SEALED*   Filed 04/21/26   PageID.4
Page 4 of 37

for the purpose of executing such scheme and artifice, in violation of Title 18, United States Code, Section 1343.

## MANNER AND MEANS

8.    The objects of the conspiracy were, in substance, carried out in the following manner:

9.    Defendants and other members of the conspiracy conducted a CIF scheme operating from Dubai, United Arab Emirates, and elsewhere.

10.    Defendants and other members of the conspiracy targeted residents of the United States.

11.    Defendants and other members of the conspiracy contacted victims through interstate and foreign wire communications, including dating applications, social media, such as Facebook and Instagram, telephone, and messaging applications, such as WhatsApp. These communications were for the purpose of building trust and affection with victims under fraudulent pretenses.

12.    Defendants and other members of the conspiracy used fake personae, including by using photos of models and other images to disguise their true identities.

13.    Defendants and other members of the conspiracy promoted purported cryptocurrency investment opportunities to victims.

14.    Defendants and other members of the conspiracy assisted victims in opening accounts on cryptocurrency platforms and transferring their investments to other platforms, which were fake investment platforms that Defendants and co-conspirators controlled.

15.    Defendants and other members of the conspiracy encouraged and pressured victims to invest more in cryptocurrency over time.

16.    Under fraudulent pretenses, Defendants and other members of the conspiracy induced victims to transfer money to cryptocurrency

investment accounts and platforms that were actually controlled by Defendants and other members of the conspiracy.

17. Members of the conspiracy, including Defendants WILIANG AWANG, aka "Wiliang Ng," aka "Wiliang Huang," aka "Huang Wiliang," aka "Wiliang Wiliang," aka "Lincon," aka "Lincoln," ANDREAS CHANDRA, aka "Andreas Chandra Kho," aka "Jay," and ███████████████████ recruited others to participate in the CIF scheme based in and around Dubai, United Arab Emirates.

18. Defendants and other members of the conspiracy communicated, through interstate and foreign wire communications, with victims in the United States and elsewhere to perpetrate the CIF scheme and to cause victims to invest and ultimately to lose money.

19. Defendants and other members of conspiracy caused victims losses.

## CRIMINAL FORFEITURE

20. The allegations contained in this Complaint are realleged herein and incorporated as a part hereof for purposes of seeking forfeiture to the United States pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

21. Upon conviction of the offense set forth in this Complaint, and pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), WILIANG AWANG, aka "Wiliang Ng," aka "Wiliang Huang," aka "Huang Wiliang," aka "Wiliang Wiliang," aka "Lincon," aka "Lincoln," ANDREAS CHANDRA, aka "Andreas Chandra Kho," aka "Jay," and ███████████████████ shall forfeit to the United States of America all

property, real and personal, which constitutes and is derived from proceeds traceable to the offense.

22. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) as incorporated by Title 18, United States Code, Section 982(b) and Title 28, United States Code, Section 2461(c) to seek forfeiture of any other property of the defendants up to the value of the property listed above as being subject to forfeiture.

All pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

The complainant further states that this complaint is based on the attached Statement of Facts, which is incorporated herein by reference.

*Charles Linnerooth*
Charles Linnerooth
Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 20th day of April 2026.

*Allison H. Goddard*
Honorable Allison H. Goddard
United States Magistrate Judge

6

## STATEMENT OF FACTS

I, Charles Linnerooth, declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief.

### I.    Training and Experience

1.    I am a Special Agent with the FBI and have been employed in this capacity since September 2021. I am currently assigned to a Transnational Organized Crime squad in San Diego, California. As a Special Agent, I have experience investigating cases involving major fraud schemes, international criminal syndicates, money laundering, and more. During my career, I have received training and gained experience in interviewing subjects and victims, search warrant applications, the execution of searches and seizures, blockchain analysis of various cryptocurrencies. Through my training, education, and experience, I have become familiar with how various federal offenses can be committed. In addition, I have been the affiant on multiple federal arrest and search warrant applications. I have investigated and assisted with the prosecution of various criminal laws, including wire fraud, money laundering, and related conspiracies. Based on my training and experience, I am familiar with the strategies and techniques utilized by criminal syndicates conducting international investment fraud schemes. I am familiar with the facts and circumstances of this investigation from my own personal participation, my review of records and law enforcement reports, victim interviews, analysis of financial including cryptocurrency records, and my conversations with other investigators. This statement of facts does not set forth all facts developed or known by me during the course of this investigation, nor all of the information known by me or other law enforcement officers.

Rather, it sets forth only those facts and information that are necessary and sufficient to establish probably cause for the issuance of the attached complaint. All dates and times are approximate.

## II.    Background

2.    The FBI is investigating a Cryptocurrency Investment Fraud (CIF) scheme, often referred to as "pig-butchering," a term derived from the Chinese-language word "sha zhu pan" used to describe this scheme, which in 2024 alone targeted tens of thousands of victims in the United States and resulted in over five billion dollars in private assets siphoned overseas.

3.    CIF schemes typically begin with criminals contacting potential victims through seemingly misdirected text messages, social media and dating applications, or professional meetup groups. Next, using various means of manipulation, the criminal gains the victims' affection and trust. Criminals refer to victims as "pigs" at this stage because they concoct elaborate stories to "fatten up" their victims.

4.    Once that trust is established, the criminal recommends cryptocurrency investment by touting their own, or an associate's, success in the field. Investment methods vary, but a common tactic is to direct a victim to a fake investment platform hosted on a website. These websites, and the investment platforms hosted there, are created by criminals to mimic legitimate platforms. The subject assists the victim with opening a cryptocurrency account on an often U.S.-based cryptocurrency exchange, such as Coinbase or Crypto.com, and then walks the victim through transferring money from a bank account to that exchange account. Next, the victim will receive instructions on how to transfer their cryptocurrency assets to the fake investment platform. On its surface, the platform shows lucrative returns, encouraging further investment; underneath, all

2

deposited funds are routed to a cryptocurrency wallet address controlled by the criminals – the "butchering" phase of the scheme.

5. After showing victims what appears to be lucrative returns, within their malicious platform, the subjects will encourage further investments. With the promise of the high returns, subjects pressure victims to fund their investment account until the victim has depleted their bank accounts. Even then, the subjects will often attempt to continue the scheme by coaching victims to take out loans against their homes or to borrow money from friends and family. Inevitably, these victims eventually run out of money and make attempts to withdraw their funds. However, victims are unable to do so and are provided various excuses as to why. For example, subjects will often levy a fake "tax" requirement, stating taxes must be paid on the proceeds generated from the platform. This is just an eleventh-hour effort by subjects to elicit more money from victims; ultimately, victims are locked out of their accounts and lose all their funds. Even when victims procure enough funds to pay these "taxes," the subjects will continue to concoct new excuses to delay payment and invent new fees for victims to pay.



Case 3:26-mj-02335-AHG *SEALED*   Document 1 *SEALED*   Filed 04/21/26   PageID.10
Page 10 of 37

6. After scammers take victims' funds, the funds are passed through a series of cryptocurrency addresses as co-conspirators seek to launder their criminal proceeds and conceal the source, ownership, and control of the stolen funds.

7. Since at least 2021, numerous scam centers perpetrating CIF operate out of the United Arab Emirates (UAE), many of which are part of, or have connections to, scam companies headquartered in Southeast Asia.

8. The FBI's San Diego field office has reviewed numerous complaints filed with the FBI's Internet Crime Complaint Center (IC3) by victims in the Southern District of California reporting that they have been victimized by CIF and similar romance scams. As part of my investigation, agents including me are seeking to identify individuals and organizations responsible for operating and executing CIF scams targeting U.S. persons, to include victims in the Southern District of California.

## III. Identification of Sanduo Group

9. Upon initiation of this investigation, I became aware of Sanduo Group, which appeared to be a CIF scam center in the Al Khawaneej 2 neighborhood of Dubai, UAE. In October 2025, based on a search warrant issued by a U.S. Magistrate Judge in the Southern District of California, investigators searched several Facebook and Instagram accounts of individuals suspected of participating in the scheme and conducting wire fraud and money laundering. This warrant authorized the review of data from multiple social media accounts believed to be owned by UAE-based scam center employees, including a Sanduo Group "employee" (Co-Conspirator 1).

4

10.    The returns for Co-Conspirator 1's Instagram account indicated that in August 2023, his company was "*Sanduo Group*" and that his manager was "*Wiliang (Lincon)*," which I believe is a reference to AWANG. Later, in November 2023, Co-Conspirator 1 shared AWANG's Telegram username, "lincon899".

11.    In August 2023, Co-Conspirator 1 also claimed to "*do US market we do 6PM-6AM Dubai time [sic.]*." I am aware that CIF scam centers will often operate through the night to best target victims based in the United States. The time zone Co-Conspirator 1 referenced would relate to 8AM-8PM on the East Coast of the United States. Co-Conspirator 1 later referenced "*Jay's team*," who was at the time targeting the Europe market and working "*2PM-2AM Dubai time*." As shown below, "Jay" is the nickname of and likely refers to CHANDRA. The next message Co-Conspirator 1 shared stated, "*My team just got 1 Myanmar girl, before got do ♥ sc4m too [sic.]*." I believe based on my training and experience that Co-Conspirator 1 was explaining that a Burmese woman had joined his team who had previous experience conducting romance-based scams ("♥ sc4m").

12.    Co-Conspirator 1 also shared images, in August 2023, of a "Sanduo America and Europe Market" document that outlined employee salary and commission structure. The commission for "Marketing Member (Option Trading Platform)" is consistent, based on my training and experience, with how CIF scam centers pay their employees. First off, most of the malicious investment platforms presented to victims are referred to as Options Trading Platforms. Secondly, their commission is based off deposits of the cryptocurrency Tether (USDT). Based on my training and experience, I believe that "deposits" as used below refer to payments of cryptocurrency from victims and I know that USDT is one of the most common cryptocurrencies used in CIF schemes.

5

SANDUO AMERICA AND EUROPE MARKET

1. Basic salary of Sanduo Employee

➤ Level basic salary Intern Employee, no basic salary 7 days of internship

➤ Level base salary Regular Employee, 4000AED + enjoy company normal benefit and performance salary.

➤ Level base salary Regular Employee that can speak mandarin language, 5000AED + enjoy company normal benefit and performance salary.

➤ Level base salary Team leader, 6000AED + enjoy company normal benefit, target bonus and performance salary.

2. Commission for Marketing Member (Option Trading Platform)

➤ First deposit must be greater than 500 USDT will be rewarded 100 AED, 1000USDT will be rewarded 200 AED, 3000USDT will be rewarded 500D, 5000USDT will be rewarded 1000D

➤ Monthly Cumulative performance rewards for employee commission (Cash profit equals to the total deposit minus total withdrawal of the client)

  ● Complete 7.000 USDT   4%

  ● Complete 10.000 USDT   5%

  ● Complete 25.000 USDT   6%

13.     After sharing these Sanduo documents, Co-Conspirator 1 stated, *"We're at Al Khawaneej 2."*

## IV.   AWANG's and CHANDRA's Participation in the Scheme

14.     In March 2026, investigators searched Facebook and Instagram accounts associated to AWANG and CHANDRA based on separate search warrant issued by a U.S. Magistrate Judge in the Southern District of California.

15.     AWANG's Instagram account was originally registered under the name "Huang Wiliang," while his Facebook account is registered under "Wiliang Huang." Both accounts are registered under matching dates of births, email, and phone number. A review of AWANG's Instagram account uncovered an image of an Indonesian driver's license sent by AWANG. This license was for "Wiliang Wiliang" with a photo that shows the same person shown in numerous images shared by the Instagram and Facebook accounts. Based on my review of these images and other evidence discussed herein,

6

I believe these Instagram and Facebook accounts have been used by the same person—AWANG.

16. CHANDRA's Instagram and Facebook accounts were registered under the name "Andreas Chandra." Both accounts are registered under the same username and email address, while the dates of birth vary by one day. Moreover, a review of CHANDRA's Instagram account revealed an Indonesian passport sent by the user, which is for an individual named "Andreas Chandra" with a date of birth matching one of the dates of birth associated with the Instagram and Facebook accounts. The passport also has a photo that shows the same person shown in numerous images shared by both the Facebook and Instagram accounts. Based on my review of these images and other evidence discussed herein, I believe these Instagram and Facebook accounts have been used by the same person—CHANDRA.

17. Based on agents' review of the returns from these warrants, "Wiliang (Lincon)," AWANG, with Telegram username lincon899, is Co-Conspirator 1's manager, while another Sanduo scam team is "Jay's team." I believe that Co-Conspirator 1 was referring to AWANG as his manager for several reasons: (1) AWANG's first name is Wiliang, (2) AWANG's nickname of Lincon can be seen in his Instagram name, 林肯, which translates from Chinese-characters to Lincoln, and (3) in February 2025 AWANG tells another social media user, *My telegram [is] lincon899.*" I believe that Co-Conspirator 1 was also referring to CHANDRA when he mentioned "Jay." Similar to AWANG, CHANDRA's Instagram name, 杰, translates from Chinese-characters to Jay. "Jay" is also seen in the username for both CHANDRA's Instagram and Facebook. Additionally, as detailed later in this affidavit, I believe CHANDRA is a high-level employee working alongside AWANG at Sanduo Group.

7

18. In April 2022, AWANG sent CHANDRA the following Instagram messages.

- AWANG: "*Tmpt nya ga ada seenak LG ya saya kasi tau*"[1] [The place isn't as good as LG, I'll let you know]

- AWANG: "*Mau coba jadi leader [...] Sana saya gaji tinggi*" [Want to try being a leader ... There, I get a high salary]

- AWANG: "*Skr yg aku kerja dia gajiin saya 5k dirham dan 1k untuk makan jd 6k*" [The company I work for pays me 5k dirham and 1k for food, so 6k]

- AWANG: "*Ada 2 model*" [There are 2 models]

- AWANG: "*Kamu mau datang interview ga [..] Boss nya nanya [...] Perlu leader jg di sini*" [Do you want to come for an interview? ... The boss is asking ... Need a leader here too]

Based on my training and experience, as well as my knowledge of this case, I believe AWANG was telling CHANDRA that he had moved from the company "*LG*," to a new company to work a supervisory role. This new company appears to have two "models." I am aware that many CIF scam centers employ individuals and co-conspirators they refer to as "models" who assist in the scamming of victims. This enables subjects with an opportunity to further deceive potential victims because the models can engage in phone or video calls, and provide pictures of themselves, that can be used during communications with potential victims. I've spoken with several CIF victims who conducted a phone or video call with their scammer. In most cases, engaging in these phone or video calls was a major reason why those victims had a hard time identifying the communications as a scam.

---

[1] These and certain other messages in this statement of facts have been preliminary translated into English from the Indonesian originals.

8

19.   After AWANG attempted to recruit CHANDRA back in April 2022 (*"Do you want to come for an interview?"*), AWANG renewed these efforts, for Sanduo Group, in February 2023:

- AWANG : *"Jd beneran mau ke dubai kerja atau gmn nih"* [So, really want to work in Dubai or what?]

- AWANG : *"Aq di nyuruh ke pusat sanduo, xiaohei mrk"* [I was told to go to the Sanduo Center]

- AWANG : *"Tapi saya harus cari 6 org dulu"* [But I need to find 6 people first]

20.   *"Sanduo Center"* was a term AWANG had previously mentioned in December 2022 to another Instagram user (Co-Conspirator 2). After being asked, *"Where do you work,"* AWANG told Co-Conspirator 2, *"Still the same* [...] *San duo company* [...] *Our old company but now I am with the bosses* [...] *The boss with the highest position* [...] *The owner."*

21.   Later, in March 2023, AWANG told Co-Conspirator 2 that he was, *"Still in dubai."* After being asked where he works, AWANG stated, *"Same in our old company* [...] *Sanduo* [...] *But I work with the big boss nw."* In April 2023, AWANG and Co-Conspirator 2 exchanged a series of audio files in English. They appeared to be joking about the CIF schemes and AWANG took the role of scammers, while the other user pretended to be a victim:

- AWANG shared an image of a middle-aged man and wrote, *"My rich uncle"*

- Co-Conspirator 2: *"Okay [laughing] good uncle."*

- AWANG: *"Yeah man, [illegible] he do some crypto and some shit. Do you want to invest?"*

- Co-Conspirator 2: *"Yeah bro, where can I invest? I am doing also some crypto, some something [illegible] in Binance. Where can I invest, bro?"*

- AWANG: "*Hold on hold on. Let me ask uncle and get back to you.*"
- AWANG: "*My uncle said you should put all your money to a platform called MT5. So, when my uncle trade, he give you some signal – some signal, and you just have to follow it.*"
- AWANG: "*When the market is good you can unlock money. Maybe you can pay back your house loan.*"
- Co-Conspirator 2: "*Ahh brother. Which currency you said? Uhh, okay text me please the name of currency and I will put all my money there.*"
- AWANG: "*Okay [illegible] I will give you my wallet address. You don't have to do anything. You just need to put your money and send it to me. I will help you invest, I will help you multiply your money, okay? Brother.*"
- Co-Conspirator 2: "*Okay brother, no problem. I will send you all my money [laughing] no problem*"

22. The above dialog reflects a common playbook from CIF schemes. In CIF schemes, subjects will often tell victims that they have a wealthy family member with experience in investing. Subjects will claim that their uncle can provide them trading signals that are easy to follow and extremely profitable. "MT5" likely stands for MetaTrader 5, which is a legitimate cryptocurrency platform that has been used by scammers to deceive victims to access malicious platforms through MT5's infrastructure.

23. In August 2023, AWANG asked Co-Conspirator 2 if he can assist in recruiting models ("*Do you have any model […] that is looking for job*"). In November 2023, while discussing model recruitment and sending AWANG images of a model, Co-Conspirator 2 sent AWANG an audio message:

*"There is one problem. That model don't want to work night shift."* AWANG responded, *"We work night shift now."* These hours, as mentioned earlier, are likely indicative of Sanduo Group continuing to target U.S. victims during U.S. daytime hours.

24.    Through my training, experience, and review of evidence associated to this investigation, I believe AWANG's work at Sanduo involved defrauding victims, oftentimes U.S. victims, into investing at fraudulent cryptocurrency investment platforms. And it appears AWANG directly recruited others to work at Sanduo.

25.    Additionally, a June 2023 Instagram conversation between AWANG and another user made it appear that he and (*"Andreas"*) CHANDRA do indeed work together.

- Another user (Co-Conspirator 3): *"Target US?"*
- AWANG: *"Target US itu andreas lg kerjakan"* [Andreas is working on the US target]
- AWANG: *"Aq lg focus asia skr"* [I'm focusing on Asia now]

Based on my training and experience and review of this and other conversations on UAE-based CIF schemes, I believe Co-Conspirator 3 was asking AWANG if he conducts CIF schemes and targets victims in the United States (*"Target US?"*) and I believe that AWANG confirmed CHANDRA's involvement targeting U.S. victims.

26.    As outlined above, CHANDRA and AWANG have a history of discussing various work opportunities at what I believe to be CIF scam centers. It also appears that AWANG and CHANDRA have worked together in managerial roles.

27.    In an August 2023 conversation mentioned earlier, obtained from the returns of a search warrant, Co-Conspirator 1 had identified himself as another employee of Sanduo, and claimed to have Lincon as a

11

manager. Co-Conspirator 1 appeared to also acknowledge that "*Jay*" (CHANDRA) was a Sanduo supervisor.

28. In May 2023, CHANDRA sent what appeared to be a recruiting pitch for another user to work at Sanduo:

- 🪔SANDUO GROUP 🪔 🏠 urgent hiring ‼ 💲 Team Leader Marketing (english mandarin) Salary 5500-6500AED (can negotiate while interview) excluding 1%-15% commission 💲 Marketing (english-mandarin) Salary 5000-6000AED (can negotiate while interview) excluding 1%-15% commission Requirements: ♦Age max 35 years old ♦Male or female residing in Indonesia(preferable) open for any asean country. ♦Been vaccinated 2x or 3x ♦Physically and mentally healthy ♦Able to use computer well ♦Can communicate with fluent English and Mandarin ♦Ready to start work anytime because it is limited Facilities: ♦ 3/4 meals per day Private cheff ♦Live in a private villa with a cool and beautiful atmosphere ♦No restriction after working time ♦ 15 days leave after 6 months of service and if not leave can be refunded ♦Visa tickets are covered by the company ♦Get birthday, holiday and other bonuses ♦Provide daily needs such as bed sheets, blankets, pillows, soap, shampoo, etc.

29. That pitch, sent to another user (Co-Conspirator 4), came after Co-Conspirator 4 inquired about work for his cousin ("*do you really need ppl to work with you? […] My cousin is working in KK park for 2 yrs and he is expert now.*"). I am aware that KK Park is a notorious scam compound located in Eastern Myanmar. That location is well known to conduct these same CIF schemes. Therefore, I believe Co-Conspirator 4

was telling CHANDRA that his cousin is an expert in CIF schemes and therefore a good fit for CHANDRA's company (Sanduo).

30. CHANDRA later (in June 2023) asked Co-Conspirator 4, "*You know some model who want to work from myanmar?*" The next month, CHANDRA reported that the location was, "*Al Khawaneej.*"

31. In November 2025, CHANDRA received an image from another Instagram user. This image appeared to be a screenshot of a mapped route from Al Khawaneej 2 to Matrooshi Villa, which appears to be a housing development in Dubai. As mentioned earlier in this affidavit, Sanduo employee Co-Conspirator 1 appeared to tell another Instagram user that Al Khawaneej 2 was the location of Sanduo. Because of this shared image, I suspect that the other Instagram user also worked at Sanduo conducting CIF schemes alongside CHANDRA, AWANG, Co-Conspirator 1, and ███████ as shown below.



32. The search of ███████ social media accounts also provided similar location data. In November 2025, ███████ Instagram account revealed a "Last Location" at the geocoordinates 25.237116376618975,

55. 5274173569883. ███████ Facebook account also showed last locations for the same location in November 2025 and January 2026. An image of this location, obtained via Google Maps by Investigators and shown below, appears to be the same location that was shared with CHANDRA. I believe that this is the primary Sanduo location used for conducting the scheme and offenses discussed here.



33. In May 2023, CHANDRA had a conversation with another individual (Co-Conspirator 5) and complained that he doesn't have a lot of work opportunities since his resume is filled with scamming experience.

- Co-Conspirator 5: *"Kaka kerja dmna skrg?"* [Where are you working now, bro?]

- CHANDRA: *"Masih sama balik ke Sanduo lagi."* [Still the same, back to Sanduo again]

- CHANDRA: *"Tapi beda boss aja"* [But just a different boss]

- Co-Conspirator 5: *"Maki Betah kali ya scam orang wak"* [Maki must be really comfortable scamming people, huh]

- CHANDRA: *"Wkwkwkwkwkkw"* [Hahahahahaha]

14

- CHANDRA: "*Emng ada pilihan lain wak*" [Is there really another option, bro?]

- CHANDRA: "*Kalau ada mau berenti juga gw*" [If anyone wants to quit, I do too]

- CHANDRA: "*CV aku isi nya company scam smua gmna*" [My CV is all filled with scam companies, what should I do?

34. In June 2023, CHANDRA asked Co-Conspirator 5 if he knew any models that would help work for his scam:

- CHANDRA: "*Ada ga kenalan model atau yang mau kerja*" [Do you know any models or anyone who wants to work?]

- Co-Conspirator 5: "*Model buat scam*" [A model for a scam]

- CHANDRA: "*Engga [...] buat gw [...] Ya buat scam lah [...] Wkwkkwk [...] Ngada ngada*" [No ... for me ... Yes, make a scam ... pretending ... hahahaha]

- Co-Conspirator 5: "*Berapa gajinya?*" [How much is the salary?]

- CHANDRA: "8-15K AED [...] Bule bolh [...] Asian bolh" [8000 – 15,000 UAE Dirham ... can be a foreigner ... can be an Asian.]

**V.    ███    Participation in the Scheme**

35. In January 2026, agents searched other Facebook and Instagram accounts associated to suspected participants in CIF schemes, based on a warrant issued by a U.S. Magistrate Judge in the Southern District of California. Based on agents' review of the returns from this warrant, agents identified an Instagram account, with username ███, operated by ███.

36. During the review of the warrant returns, agents found that YANA controlled three Instagram accounts, associated to user identification numbers (UIDs) ending in ███, ███, and ███. Accounts ███, ███, and ███ are all owned by ███. The subscriber information

15

for all three accounts also included the same Indonesian country code phone number ending in ███. Accounts ███ and ███ included the same 1998 date of birth and were associated to the same Gmail address. Additionally, according to records provided by Meta, the same device (as defined by Universally Unique Identifier)[2] was used to access both accounts ███ and ███. Similarly, a separate unique device was used to access both accounts ███ and ███. In September 2025, both accounts ███ and ███ uploaded the same photo of a woman, whom I believe to be ███

37. Further, in November 2025, investigators received records for Binance accounts relating to the Gmail account noted above. These records showed a Binance account registered to ███, as well as an Indonesian identification card for ███ whose photo shows the same woman in the image from the ███ and ███ noted above, and a 2003 date of birth, but listing the same month and day as the DOB from the Meta accounts noted above. I believe the difference in birth years between ███ social media account and identification was simply an attempt to not "overshare" personal information for social media accounts that ███ deemed unnecessary or did not wish to share with social media companies.

38. ███ appeared to be employed by Sanduo as both a recruiter of other workers and an active participant in the CIF scheme. In October 2025, ███ shared with another social media user images of salary structure for, "SANDUO AMERICA AND EUROPE MARKET," as seen below.

---

[2] A Universally Unique Identifier (UUID) is a complex alpha-numeric string used to identify something in technology. A device such as a phone assigns a UUID to a specific installation of apps like Instagram. As the identifier is unique to the specific installation of an app on a specific device, two accounts accessed by the same UUID were accessed by the same device.

## SANDUO AMERICA AND EUROPE MARKET
## 三多集团欧美精聊

**1. Basic salary of Sanduo Employee**

三多集团员工工资

- Level basic salary Internship Employee, no basic salary 7 days

- Level base salary Regular Employee, 4000AED + enjoy company normal benefit and performance salary

- Level base salary Regular Employee that can speak Mandarin language, 4500AED + enjoy company normal benefit and performance salary

- Level base salary Team leader, 6000AED + enjoy company normal benefit, target bonus and performance salary

**2. Commission for Marketing Member (Option Trading Platform)**

绩效佣金（秒合约平台）

- First deposit must be greater than 500 USDT will be rewarded 50AED

  1000USDT will be rewarded 100AED

  3000USDT will be rewarded 300AED

  5000USDT will be rewarded 500AED

These images are consistent with the salary and commission structures shared by Co-Conspirator 1.

39.     ▇▇▇  has also admitted to scamming Americans in her social media communications. In March 2025, ▇▇▇ told another user, "*Scam nya di dubai […] Disini ak scam org US*" [The scam is in Dubai … Here, I scam US people]. The same warrant returns that provided information on ▇▇▇ ▇▇▇ Instagram showed another, linked Instagram account used by ▇▇▇ under the username ▇▇▇▇▇▇. This Instagram account appeared to be

17

███ "scam" account and was used to target multiple victims into CIF schemes.

40. In May 2024, ███ used account ███ to attempt to recruit a friend (Co-Conspirator 6), to come to Dubai. In messages sent to that person, ███ stated, "come to dubai", "be a scam too", and "please be model in here".

41. Later in May 2024, Co-Conspirator 6 asked, "how much is your salary there?" to which ███ replied, "10k dirham". Dirham (AED) is the currency used in the United Arab Emirates, and 10,000 is approximately $2,700 (USD).

42. In November 2025, ███ again tried to persuade Co-Conspirator 6 to come to Dubai, saying "and you can bring your gf" and "…your girlfriend can be my marketing". I believe ███ attempted to persuade Co-Conspirator 6 by offering to find work for her girlfriend as well. ███ went on to say, "I'm leader here" and "…no worries I can help your girlfriend pass probation." She then requested that Co-Conspirator 6 send her a short video to pass along to her supervisor.

43. In December 2025, Co-Conspirator 6 messaged ███ asking her to help purchase a toothbrush and toothpaste. ███ replied, "oh company will buy for you." When Co-Conspirator 6 asked about sleeping arrangements, ███ responded, "you will move to model room." Later, when Co-Conspirator 6 asked ███ where she is staying, ███ replied, "in next villa." From this conversation and the conversations between Co-Conspirator 6 and ███ earlier, I believe that ███ was acting as a manager and/or recruiter, and has successfully recruited Co-conspirator 6 to work as a model in her scam company.

44. Further review of the material included other instances where ███ recruited others to work in the compound. In June 2024, another

18

user (Co-Conspirator 7) asked ██████ "what's your work there sister?" to which ██████ replied "Scam hahaha".

45. In March 2025, ██████ asked Co-Conspirator 7, "you want to work scam again?" and then "how many people you want to come to dubai?"

46. In April 2025, ██████ asked Co-Conspirator 7, "you have friends want to work be a model?". Co-Conspirator 7 replied, "I will ask sister". YANA went on to message Co-Conspirator 7 about how safe the facility was and the salary range. Co-Conspirator 7 asked, "the modeling there are same like what the models do in hongsheng before, in your company as well sister? like video call the clients and send real pics?" YANA confirmed, "yes sister, same like hongsheng."

47. In April 2025, ██████ messaged another Instagram user (Co-Conspirator 8) and asked, "you have friends want to work be a model?" Co-Conspirator 8 asked, "pogo sister?" and "how much salary". ██████ told Co-Conspirator 8 that it was in Dubai and the salary was between 9,000 and 12,000 dirham AED (approximately $2,400 to $3,300 USD). She also told Co-Conspirator 8, "we will buy ticket and make visa for her."

48. In June 2024, another Instagram user (Co-Conspirator 9) messaged ██████ on account ██████. Co-Conspirator 9 asked ██████ if her place had any job vacancies, because she was interested. ██████ asked Co-Conspirator 9 if she is really going to Dubai, to which Co-Conspirator 9 responded that if there was a job, she wanted it. Co-Conspirator 9 asked how much the salary was, to which ██████ responded "18jt". I believe "jt" is an abbreviation for the Indonesian word juta, meaning million. I believe ██████ was telling Co-Conspirator 9 that the salary was 18,000,000 Indonesian Rupiah, or approximately $1,200 (USD). ██████ asked Co-Conspirator 9 if she knew English. Co-Conspirator 9 asked what kind of work it was. ██████ told her it was crypto stock work. I believe this

19

conversation was an attempt by ▮ to recruit Co-Conspirator 9 to her scam company. Based on my training and experience I know that scam centers in Dubai often focus on U.S. citizens, and therefore fluency in English is valued.

49. In October 2025, ▮, using her Instagram account ▮, began messaging a certain individual (Victim 1),[3] claiming her name was ▮ The initial message began with "I've been waiting for your message all day babe…" indicating that this is not their first message, possibly due to the conversation beginning on another messaging platform. Their conversation had a romantic tone, with ▮ often making references to a future marriage and referring to Victim 1 as her husband. The conversation continued for approximately one week before ▮ began attempting to persuade Victim 1 to invest in the cryptocurrency "market". Victim 1 expressed interest but told ▮ he should hold off on investing any money since he may have surgery soon. ▮ countered by telling him, "we can use it for trades first and we can take it back for your surgery." Eventually Victim 1 relented, and ▮ guided Victim 1 through downloading crypto.com's OnChain[4] app and using the Web3 browser to navigate to a supposed investment platform, "extociumworld.com." Over several days she instructed Victim 1 to transfer money to cryptocurrency exchanges, purchase cryptocurrency, and then send that cryptocurrency to his extociumworld account, transferring a little at a time to avoid the limits set by cryptocurrency exchanges.

---

[3] Victims, regardless of their gender, will be referred to by masculine pronouns to preserve anonymity.
[4] Crypto.com Onchain Wallet is a non-custodial, decentralized wallet software (available on the Apple App Store and Google Play) that gives users full ownership of their private keys and digital assets.

20

In November 2025, after Victim 1 had $50,000 of cryptocurrency in his account, ▓▓▓▓ guided Victim 1 through a trade:



50.   Based on my training and experience, the above screenshot is indicative of a fraudulent cryptocurrency investment platform trade, as victims are often instructed to purchase some type of timed cryptocurrency option. The scammer uses terms such as "bullish" and "option" that are indicative of stock trading to boost the platform's legitimacy, but what the victim is seeing and the profits they make are entirely false. After successful "trades," ▓▓▓▓ instructed Victim 1 to withdraw all the money from his account. When he attempted to do so, he received an email explaining that a security deposit was required to withdraw his funds:

From my training and experience, I know that CIF scammers often attempt to extort more money from their victims by tacking on fees when the victim attempts to withdraw their funds, and that no legitimate investment platform would require a customer to deposit a security fee in order to withdraw their own funds.

51. ████ suggested to Victim 1 that he take out a loan to cover the cost of the security deposit, even going so far as to coach him on how to get the best loan by saying things such as, "Make it 85k baby your annual income baby, so they can give you good offer baby." I believe this is an attempt by ████ to persuade the victim to borrow as much money as possible to deposit into the platform. Despite the security deposit being less than $11,000, ████ suggested that Victim 1 acquire a loan for $13,000.

22

Case 3:26-mj-02335-AHG *SEALED*    Document 1 *SEALED*    Filed 04/21/26    PageID.29
Page 29 of 37

52.   Concurrently in October 2025, ██ was also messaging another individual (Victim 2) from Instagram account ██, during which she claimed to be ████████ The conversation had a romantic tone and the two discussed how they plan to raise their children. Like she did with Victim 1, ██ introduced Victim 2 to the idea of investing, and instructed Victim 2 to download the OnChain app. She directed Victim 2 to the supposed trading platform digibyte.vip. The platform shares the same layout as extociumworld.com, merely changing the title in the top left corner:



53.   ██ continually instructed Victim 2 to deposit more money into his Digibyte account, being mindful of limits set by cryptocurrency exchanges. When Victim 2 had approximately $4,900 of cryptocurrency in his account, ██ guided him through making a trade on Digibyte, telling

23

him to select a "bearish" 90-second trade. When the trade completed, Digibyte alerted Victim 2 that he had profited 1,012 USDT.

54.    The next day, ▮▮▮ suggested to Victim 2 that he should obtain a personal loan to deposit more money into the platform. When Victim 2 asked how, she sent him a link to upstart.com, a website that facilitated personal loans. When Victim 2 asked what he should classify the loan as, ▮▮▮ told him, "…you can put Large Purchase." She also told Victim 2 to report a larger income: "When they ask about your annual income just put bigger babe, like 95k so they will give you good offer…" Victim 2 was eventually approved for a loan of $29,300. He said there is a $2,000 fee, to which ▮▮▮ responded, "That's okay babe, just take first my love."

55.    In November 2025, Victim 2 sent ▮▮▮ a screenshot of a warning he received from Coinbase in which they were concerned he may be sending cryptocurrency to a fraudulent platform:

56.    ███ replied, "…Coinbase always issues warnings to all Coinbase accounts, that's why few people don't want to use Coinbase, most people use crypto.com baby, but don't worry my love I will try to find a good way so you don't get stressed okay baby?" I believe this was an attempt by ███ to diminish the significance of the warning provided by Coinbase in order to persuade Victim 2 to continue to send money into the fraudulent platform. The next day Victim 2 sent another warning that he received from Coinbase:

**Crypto sends are still disabled** now
To protect you from potential loss, your ability to send crypto will remain disabled until 11 Dec, 2025

57.    ███ responded by telling Victim 2 that he can chat with Coinbase customer service and assured him: "Nothing will happen to you, and you are fine so don't stop what you are doing babe."

58.    After Victim 2 was able to send funds from the loan into his Digibyte account, ███ guided him through more "trades," seemingly earning him more money. According to a report filed by Victim 2 on the FBI's Internet Crime Complaint Center, he built his account up to approximately $2,800,000. When he attempted to withdraw money, he was informed by the platform that he needed to pay a security deposit equal to 3% of his total account balance, roughly $87,000. Victim 2 notified family members and then contacted local authorities.

59.    Concurrently with the victims discussed above, ███ also messaged another individual (Victim 3) from Instagram account ███, claiming to be ███. During the next two weeks, ███ engaged in casual conversation with Victim 3, occasionally mentioning her cryptocurrency

25

trading. Eventually she convinced him to download OnChain and use it to send money to a platform she suggested, bitmexstrade.com, which looks identical to extociumworld and digibyte, once again with the name altered:

  

60. ▮▮▮ encouraged Victim 3 to invest just a small amount to start investing, but Victim 3 refused, citing his need to focus on his work. Victim 3 told ▮▮▮ that when she comes to Victim 3's home state, they can get in touch. ▮▮▮ told him there is "no need" and calls him "a man who doesnt[sic] hit my standard." From my training and experience, I am aware that if a scammer does not believe one of their victims will "invest" in their fraudulent platform, they attempt to cut contact as soon as possible.

61. ██████████████ account conversations with other users would often appear to start as a romantic connection. ████ later introduced them to cryptocurrency investment platforms like ArbitrumTrade.net, DigiByte.vip, ExtociumWorld.com, and Bitmextrade.com. As outlined below, the FBI has received numerous reports of CIF schemes that reference these platforms as a part of the scheme that defrauded them. Below is a summary of certain victims who have reported alleged CIF schemes, losses, and associated platforms that I believe are associated to ████ and her co-conspirators.

| Victim's Location | Victim's Reported Loss | Malicious Platform | Linked Platforms |
|---|---|---|---|
| California | $348,000 | Arbitrumtrade.net | Arbitrumtrade.vip, Arbitrum.com |
| Minnesota | $200 | Arbitrumtrade.net | Arbitrumtrade.com |
| Tennessee | $45,950.00 | DigiByte.vip | |
| Florida | $27,000.00 | DigiByte.vip | DigiByte.top |
| Florida | $21,400.00 | ExtociumWorld.com | |
| Texas | $25,000.00 | ExtociumWorld.com | ExtociumTrade.net |
| Minnesota | $71,955.00 | ExtociumWorld.com | Extocium.top |
| Texas | $150 | ExtociumWorld.com | Extocium.top |
| North Carolina | $25,000.00 | ExtociumWorld.com | Extocium.net |
| California | $2,800.00 | ExtociumWorld.com | |

## VI.   AWANG and CHANDRA Receive Victim Funds

62. In January 2026, investigators received Binance records for accounts belonging to AWANG and CHANDRA.

63. The subscriber information for the Binance account identified as AWANG's includes a "wiliang.cna" Gmail address, an Indonesian country code phone number ending in 9016, and an Indonesian identification card for AWANG. The same Gmail address was a registered address for AWANG's Facebook account, and the phone number was the same phone number for both AWANG's Facebook and Instagram accounts. Moreover, the photo on the ID card, as well as a secondary image as Binance requires, shows the

27

same person shown in images on AWANG's Facebook and Instagram accounts. So, I believe this Binance account belongs to AWANG.

64.    The subscriber information for the Binance account identified as CHANDRA's includes an "andreasschan" Gmail address, an Indonesian country code phoen number ending in 0110, and an Indonesian identification card for "Andreas Chandra Kho." The same Gmail address was a registered address for CHANDRA's Facebook and Instagram accounts, and the phone number was the same phone number for his Instagram account. Moreover, the photo on the ID card, as well as a secondary image as Binance requires, shows the same person shown in images on CHANDRA's Facebook and Instagram accounts. Therefore, I believe this Binance account belongs to CHANDRA.

65.    The majority of the IP access logs for both of these Binance accounts geolocated to UAE.

66.    Investigators conducted blockchain analysis on the deposits into AWANG's account to identify their source. Based on additional records agents received in the investigation relating to Crypto.com, Coinbase, and Robinhood, investigators identified at least nine cryptocurrency accounts registered to U.S. persons.

67.    One of these account holders (Victim 4; North Carolina) had previously filed a report at the FBI's Internet Crime Complaint Center (IC3.gov). Victim 4 reported that he had met a woman through online dating who moved their conversation to WhatsApp. This woman introduced Victim 4 to Revolvecrypto.com, an alleged investment platform where Victim 4 went on to invest approximately $33,000 of cryptocurrency. Victim 4 has been unable to recover any of his investment. A portion of Victim 4 investment was transferred into an unhosted wallet address and then within a day into AWANG's Binance account.

28

68.    Another account holder (Victim 5; Illinois) was interviewed and reported to investigators that he had met a woman on Facebook dating and was introduced to the alleged investment platform Etheg.vip. In total, Victim 5 invested approximately $10,000. When he tried to make withdrawals, he was asked to pay additional fees. Later on, Etheg.vip disappeared and he was no longer able to view his account. Victim 5 was not able to recover any of his investment. Some of Victim 5's investments to Etheg.vip were transferred into an unhosted wallet address and then within a day into AWANG's Binance account.

69.    These returns also allowed agents to identify Victim 6 (Massachusetts; $40,000 reported loss), Victim 7 (Illinois; $6,000 reported loss), and Victim 8 (Florida; $18,000 reported loss). These three individuals all reported that they lost money to a CIF scheme at the platform Chfoptions.com.

70.    Investigators also conducted blockchain analysis on the deposits for CHANDRA's Binance account. This analysis, and additional information provided by virtual currency exchanges, identified deposits from cryptocurrency accounts owned by at least three U.S. persons.

71.    One account holder (Victim 9; Nevada) had already filed an IC3.gov report regarding a CIF scheme at Siegfriedoptions.com. Victim 9 reported that he had been introduced to this website by a woman he had met on Facebook Dating. When Victim 9 attempted to withdraw his investment, he was told that he needed to pay approximately $25,000 in taxes before they would process his withdrawal. After Victim 9 paid this, he was presented with a new fee to pay; a security deposit of approximately $15,000. Around this time, Victim 9 recognized he was being scammed. Victim 9 has since been unable to withdraw any of his money and reported a total loss of approximately $73,500. After being

29

stolen from Victim 9, a portion of these funds was transferred between several unhosted wallet addresses and then into CHANDRA's Binance account, as depicted in the following chart:

72. Another account holder (Victim 10; Colorado) was interviewed and reported to investigators after being identified. Victim 10 also lost money to one of the same CIF platforms, Chfoptions.com, and his funds were eventually deposited into AWANG's Binance account. A portion of Victim 10's funds transferred to this platform were ultimately transferred into CHANDRA's Binance account, as depicted in the following chart.

73. These platforms (Revolvecrypto.com, Etheg.vip, Chfoptions.com, and Sigfriedoptions.com) have also been reported to the FBI by other victims alleging CIF schemes and losses, shown below.

| Victim Location | Victim's Reported Loss | Malicious Platform |
|---|---|---|
| Texas | $67,000 | Revolvecrypto.com |
| New Jersey | $34,500 | Revolvecrypto.com |
| Idaho | $53,097 | Revolvecrypto.com |
| Michigan | $17,529 | Revolvecrypto.com |
| California | $10,200 | Revolvecrypto.com |
| Texas | $16,938 | Revolvecrypto.com |
| Massachusetts | $34,000 | Revolvecrypto.com |
| Massachusetts | $20,000 | Revolvecrypto.com |
| Michigan | $246,704 | Revolvecrypto.com, Chfoptions.com |
| New York | $177,050 | Etheg.vip |
| Hawaii | $30,000 | Chfoptions.com |
| Ohio | $8,760 | Chfoptions.com |
| Florida | $131,516 | Siegfriedoptions.com |
| North Carolina | $18,478 | Siegfriedoptions.com |
| Florida | Not reported | Siegfriedoptions.com |
| Florida | $19,200 | Siegfriedoptions.com |
| Illinois | $11,259 | Siegfriedoptions.com |

74. Many victims who reported CIF schemes referenced domains that were introduced to them in addition to those domains listed in the tables

30

above regarding ███, AWANG, and CHANDRA. Based on my training and experience investigating these cases, subjects will rapidly move from one platform to the next to avoid detection from law enforcement and to prevent their victims from finding negative reviews online about their scam platform. As a result, many victims will be transitioned from one platform to the next before recognizing that they are falling for a scam. I am also aware that, in general, a minority of victims of financial frauds will actually report their incident to law enforcement. Due to the nature of CIF schemes many victims will feel a sense of embarrassment and there is thus significant underreporting. As a result of all of this, I believe that the above table represents a fraction of the total impact that ███ and Sanduo Group have caused U.S. victims.

## VII. Request for Sealing

75. The investigation at this time is ongoing and covert. I request that this statement of facts, the complaint, the arrest warrants, and associated documents be sealed until further order of the Court. Immediate disclosure in the public record would create risks that the subjects and co-conspirators would flee prosecution, endanger and threaten the safety of witnesses and other individuals, destroy and/or tamper with evidence, and otherwise seriously jeopardize the investigation.